# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 28, 2021

Lyle W. Cayce
Clerk

No. 19-11219

United States of America,

*Plaintiff—Appellee*,

*versus*

Rosario Aguirre Serrato,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CR-119-1

Before Davis, Jones, and Elrod, *Circuit Judges*.

Per Curiam:[*]

Counsel appointed to represent Defendant Rosario Aguirre Serrato has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Defendant has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 19-11219

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. *See United States v. Martinez*, No. 20-50984 (5th Cir. Oct. 20, 2021). Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.